# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | |
| | § | | |
| v. | § | NO: | MO:19-CR-00264 (01) |
| | § | | |
| AARON CHRISTOPHER PLEASANT | § | | |

## ORDER

Before the Court are the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 43) filed January 4, 2021, the Defendant's Addendum (Doc. 45) filed February 10, 20201, and the Government's Response to the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 46) filed February 21, 2021. After considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, the Court **DENIES** the Defendant's Motion on its merits. Accordingly,

It is **ORDERED** the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 43) is **DENIED.**

It is so **ORDERED**.

SIGNED this 3rd day of March, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE